**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 20 PM 2: 11

CLERK_____
SO. DIST. OF GA.

MICHAEL LAVON BOSTIC,      )
                          )
    Plaintiff,        )
                          )
v.                        )      CASE NO. CV415-114
                          )
C.N.T.,                   )
                          )
    Defendant.        )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _20th_ day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA