AO 450 (GAS Rev 10/03)Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Michael Lavon Bostic

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-114

C.N.T

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 20, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case with prejudice. This action stands closed.



January 20, 2016
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03